JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEAWAY COMPANY OF CATALINA, et al., | No. CV 11-0336 PA (Ex) <br><br> JUDGMENT |

In accordance with the Court's Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that claimant Michael Avila, as the personal representative of the Estate of Penny Avila, shall take nothing and Plaintiffs-in-Limitation Seaway Company of Catalina and Catalina Freight Line shall have judgment entered in their favor and shall recover their costs of suit.

DATED: March 7, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE